**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 6, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00195-CV

### PARHAM FAMILY LIMITED PARTNERSHIP AND VAN E. PARHAM, JR., Appellants

### V.

### DIANE MORGAN F/KA/ DIANE PARHAM, Appellee

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 933543**

## M E M O R A N D U M   O P I N I O N

This interlocutory appeal is from an order signed February 20, 2012, in which the trial court granted a post-trial anti-suit temporary injunction. On August 15, 2012, appellee filed a motion to dismiss the appeal as moot. As of this date, appellants have not filed a response.

On August 8, 2012, the trial court signed a final judgment. We are prohibited from reviewing a temporary injunction that is moot because such a review would

constitute an impermissible advisory opinion. *Nat'l Collegiate Athletic Ass'n v. Jones,* 1 S.W.3d 83, 86 (Tex.1999). When a temporary injunction becomes inoperative, the issue of its validity is moot. *Id.* We must dismiss the case once it becomes moot on appeal. *Isuani v. Manske-sheffield Radiology Group, P.A.,,* 802 S.W.2d 235, 236 (Tex.1991).

The order on appeal has clearly become inoperative. Any opinion regarding whether the trial court erred would therefore be advisory and without any practical legal effect. Appellee's motion is granted and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.